ARAMBURU *v.* CÓRDOVA, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *Certiorari.*

No. 79.—Resuelto en octubre 6, 1911.

CERTIORARI—CUANDO PROCEDE.—El recurso extraordinario de *certiorari* sólo puede ejercitarse cuando no existen en el curso ordinario de la ley recursos rápidos y eficaces.

RESOLUCIONES JUDICIALES—PRESUNCIÓN DE SU LEGALIDAD.—No basta afirmar que una resolución judicial es errónea, sino que es preciso demostrarlo. La presunción está a favor de la legalidad de la resolución impugnada.

Los hechos están expresados en la resolución del tribunal.
Abogados del peticionario : *Sres. López Landrón y Rincón.*

RESOLUCIÓN.

LA CORTE : La orden cuya anulación se solicita mediante el presente recurso de *certiorari,* fué dictada por el Juez Martín E. Gill, de la sección 2ª. de la Corte de Distrito de San Juan, en el curso de la tramitación del pleito seguido por

*J. Aramburu* v. *Arzuaga & Ca. y otros*, sobre daños y perjuicios. Habiendo fallecido el Juez Gill, fué sustituido provisionalmente por el Juez Félix Córdova Dávila y definitivamente por el Juez Charles E. Foote. El recurso se dirige contra el Juez Córdova Dávila, y, no constando que el peticionario haya sometido a dicho juez, ni menos al Juez Foote, la cuestión que suscita ante este Tribunal Supremo, no aparece que el dicho peticionario haya ejercitado los recursos rápidos y eficaces que tenía en el curso ordinario de la ley, y por tanto, resulta que no está autorizado para recurrir al extraordinario de *certiorari,* según lo tiene declarado repetidas veces este Tribunal Supremo.

Además, en la misma solicitud de *certiorari* se consigna que el fundamento que tuvo el Juez Gill para dictar la orden que se alega que es errónea, o sea aquélla por virtud de la cual se negó a decretar la prisión de ciertos testigos que no habían comparecido a declarar, fué el de que la citación de dichos testigos era nula, y como la dicha citación no se transcribe en la solicitud, ni en ésta se consigna nada que demuestre que era realmente válida; debemos presumir su legalidad y concluir que, aun en el caso de que el ejercicio del recurso de *certiorari* fuera procedente, debería negarse la expedición del auto.

Por las razones expresadas, *la solicitud se desestima.*

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf del Toro y Aldrey.